WRIGHT, FINLAY & ZAK, LLP
Nichole L. Glowin, Esq., SBN 14204
4665 MacArthur Court, Suite 280
Newport Beach, CA 92660
Tel: (949) 477-5050; Fax: (949) 608-9142
nglowin@wrightlegal.net

*Attorneys for Secured Creditor SETERUS, INC. as the authorized subservicer for FEDERAL NATIONAL MORTGAGE ASSOCIATION ("Fannie Mae"), creditor c/o SETERUS, INC*

**UNITED STATES BANKRUPTCY COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| In re: | Case No.: 18-15120-leb |
| | Chapter: 13 |
| MARIA ANGELES COLUCCI | |
| Debtor | |

**REQUEST FOR SPECIAL NOTICE**

TO THE CLERK OF THE U.S. BANKRUPTCY COURT, THE DEBTOR, THE ATTORNEY OF RECORD, THE TRUSTEE, AND TO ALL PARTIES OF INTEREST:

///
///
///
///
///
///
///
///
///

1  I request that all notices given in this case and all papers served or required to be
2 served in this case be given to and served upon the undersigned at the following address and
3 telephone number:

4
      WRIGHT, FINLAY & ZAK, LLP
5
      4665 MacArthur Court, Suite 280
      Newport Beach, CA 92660
6
      (949) 477-5050

7
8  DATED this 30th day of August, 2018.

      WRIGHT, FINLAY & ZAK, LLP
9

10
      /s/ *Nichole L. Glowin, Esq.*
11
      Nichole L. Glowin, Esq.,
      Nevada Bar No. 14204
12
      4665 MacArthur Court, Suite 280
13       Newport Beach, CA 92660
      *Attorney for Secured Creditor,*
14       *SETERUS, INC. as the authorized subservicer for*
      *FEDERAL NATIONAL MORTGAGE*
15       *ASSOCIATION ("Fannie Mae"), creditor c/o*
      *SETERUS, INC.*
16

17
18
19
20
21
22
23
24
25
26
27
28